***A few case file Exhibits ... Plaintiff James Dean vs Defendant Meta Platforms Inc. / Facebook***




**U.S.: Facebook usage penetration 2017-2026**

Published by Statista Research Department, Jan 28, 2022

In 2021, an estimated 71 percent of internet users in the United States used Facebook regularly. In 2026, the share of the digital population using the social network is projected to increase to roughly 77 percent. As of July 2021, the United States is the country with the second-largest Facebook audience.



**Number of daily active Facebook users worldwide as of 3rd quarter 2021**

*(in millions)*



**Source**

→ Show sources information

→ Show publisher information

→ Use Ask Statista Research Service

**Release date**

October 2021

**Region**

Worldwide

**Survey time period**

Q1 2011 to Q3 2021

**Supplementary notes**

The number of DAUs, mobile DAUs, MAUs, and mobile MAUs do not include Instagram users unless they would otherwise qualify as such users, respectively, based on their other activities on

**Facebook: number of daily active users worldwide 2011-2021**

Published by Statista Research Department, Jan 28, 2022

**How many daily active users does Facebook have?**

**During the third quarter of 2021, Facebook reported approximately 1.93 billion daily active users (DAU). Overall, daily active users accounted for 66 percent of monthly active users.**

**Facebook audience reach**

With roughly 2.89 billion monthly active users, Facebook is the most popular social network worldwide. In its local market in the United States, Facebook

***A few case file Exhibits ... Plaintiff James Dean vs Defendant Meta Platforms Inc. / Facebook***



m.facebook.com/story.php?story_fbid=4381327775241032&id=199637660076752

**WKRN Andy Cordan**

GALLATIN MAN ARRESTED CHARGED WITH STEALING FROM MAN IN NURSING HOME

The family of an 89 year old man, now in a nursing home, says the senior was taken advantage of by a man promising to sell their loved ones household belongings.

Adult Protective Services first got the family's complaint.

The state agency then referred the case to Gallatin police which opened up an investigation that lead to a grand jury indictment and arrest.

It all begins in May of this year, after an 89 year old man moved to an assisted living center.

According to Gallatin Police, the man's family decided to sell the senior's home furnishings and other belongings.

The family went on line and found a company that liquidates estate items. That company is run by James Dean.

The items include things from just about every room in the senior's home. Items listed by the police include a heavy oak table and high back chairs, an antique oak hutch with sideboard mirror, a full sized couch, dark brown leather recliner, a lift chair, coffee tables, end tables, floor lamps, pictures, antique iron, china cabinet, silver plate flatware set, a washer / dryer a chest of drawers, a bed a night stand, a butcher block table, walker, wheelchair and shop vac.

Police say, as each of the senior's possessions were sold on line, the family would receive 75% of the agreed upon price and James Dean would get 25%

Then on April 16th, police say, the family receives their first and only check for $500 dollars.

In the check memo line it says FINAL PAYMENT:

The family tells police that is not the arrangement and the 89 year old's household items are valued at between 3-4 thousand dollars.

Lt. Lamar Ballard says James Dean talked to investigators about the case."He actually used the excuse that Covid 19 caused him to bundle all of the items, and sell them for one price and the check he sent them in the mail was the total amount of the estate. During our investigation, we determined this was incorrect, that he still had some of the items, for sale, He didn't bundle the items. we indicted him for theft."

I call James Dean for his side of the story. After a moment, he hangs up with no comment.

According to Police, Dean did write a letter to the police that essentially says, the family is trying to squeeze money from him, he says some of the items the family gave to him are sub-standard, and he says above all else, it's a tough market in a Covid 19 world.

Meanwhile, Gallatin police say there could be other victims out there and would like to talk to anyone who may have had dealings with James Dean.

**URL FACEBOOK POST LINK HERE**

**https://m.facebook.com/story.php?story_fbid=4381327775241032&id=199637660076752**




***A few case file Exhibits … Plaintiff James Dean vs Defendant Meta Platforms Inc. / Facebook***




m.facebook.com/story.php?story_fbid=4381327775241032&id=199637660076752
88 Shares
Linda Painter
I'm sure this wasn't his first rodeo !
Sheila Haston
How low can a person go, stealing from nursing home person?!
Janet Hunter Jones
I can't stand a thief.
Larry Adams
JUDAS
Linda Painter
He will get what he deserves
Rosa Ward
Sell his household goods and then give him 500.00 se how that sets with him.
Jennifer Young replied
Johan Colmenares
Shame shame on you
WKRN Andy Cordan is on Facebook. To connect with WKRN Andy Cordan, join Facebook today.
Join
or
Log In